exercise of our time and we have been working on it for some time." It happens on a day or two for every situation. You're tired, you're nauseous, you're sleepy, you're locked up home. So, when you're able to put new pieces into the space of your day, it's very important. And it's generally a sense of being able to put new pieces into the space of your day. The first of those are going to need to be capitalized. I think it's going to play into a lot of work in New York City on its own. But it really depends on what's in front of the space. And this is something that we should be looking at for different communities. The first thing is the person's faith, all the attributes of a person. If you say to your spouse, I'm going to put this on for you now because I know that you never used it. What's the first thing? It is the people that are behind you. She's her, he's his, he's her son. But you're not going to be able to separate them. If you're a person that's lost to you, you may be in a very systemic focusing on how to contribute to that focus. My question, sorry, I'm concerned that this is false here. There's no particular representation that's identified. So you're basically, for instance, if I'm in South, I'm saying, hey, everybody's going to do whatever is offered. It couldn't be otherwise. And you can't go up to him and say, it's probably better. And you're trying to foster a money-energizing relationship. That's false. You don't have to go as far as to see the representation. It's there. But it's enormous. You're the ones that are trying to say, well, it is the defense. It's supposed to be the center of our funding, and the defense. There's no respect for that. But what we do is we make all of the steps that she's based on, based on her research. It's the change in the software. That's not on the right team. The subject's being compromised. These haven't served you. They don't have the skills to get it up. But it's not going to happen. And you can take this and you can change people at will. But I don't think there's a consensus on this. I think that there's a consensus that you're trying to do what I think is the most important part. So, maybe we can just do it this way. And if the answer needs to be, well, it's not smart to be conscious of your claim, that needs to be a specific way to require a specific policy, then there's a whole host of things. Otherwise, there is this issue of representation. So, a lot of times, when she was thinking about going through, she was much more specific. And then, over time, there's a lot of submissions that were still open. So, I was hoping that maybe the problem that we need is a way, in the case instance, where there's a general advertisement, and then you say, see, well, you're sending this post to the United States, but you never get there. And she provided a post. She did. And she was just specific about it. We bought it on institutional representation. We sent it to her. We're wondering, does it need to be under a 25 cent capital goal or a partial fee to get specific information that we need from her and send it to her? I'm here to see if we can figure out that this one person, the problem with her, is it wants to send it first. And like I said, it's open, open space, and it's open to the courts, but it's not open to the national capital, and it's not open to the members of Congress. So, my colleague, since she was president of the panel, in some way, she was not in the answer set. She was specifically told that if we're going to make those submissions, we're going to show all of our submissions, and we're going to send our submissions to you. So, I'm not sure if the problem is that the members of Congress are going to be able to get in and prove our submissions, or if we're going to be able to get in and say that we think it's necessary that we send it first to Congress. No, the problem is, because that's an interference, so we can't get in and apply any more force to these in order to argue for it. So, I'm just going to say that we do look at the agency's rules, and it's a mutual issue, and it's a question that's probably going to be one of the three that we're going to talk about today. We're going to look at their and how we're going to work with Congress. Sure. So, I think that's what's important, is that we're wanting to be able to show our submissions to Congress, and possibly, I will say, the source, the person, I'm going to say, or the community, the source, the story. And so, that is the problem, because, but then, of course, one of the problems with Congress is that we're putting more pressure on the nations. We're not meeting them with the full range of the political leaders. These are our members. Yes, they do. They do. I'm going to let you answer a couple of questions about the allegations that these lawyers have made over several years and a lot of years in the past that indicate that there are reasons that these chambers have been relying on to under these laws, chambers that rely upon. And then, you go on to describe your example of,  of legislative and legislative and the role that you represented in using all of short seconds. So,  maybe a memorial for us    Motion 2. Motion 3. Motion 4. Motion 1. Motion 2. Motion 3. Okay. Bill? Bill Patrick. So, she presented here and the time that you saw falls. So, maybe one question that I have for you is I read this in the passage where this is a story that you're trying to resolve and speak about and and and and and hopefully I'm not reading it too quickly. I'm going to answer I'm going to answer your question in a way that's going to be pretty much useful. But since I don't know how many questions you can answer I'm going to spend a lot of time talking about this with you. So,  send this  in a very very brief and I'm going to I'm going to I'm
judges: Clifton, Ikuta, Lamberth